## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEDRO FLORES-GUERRERO, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-23-196-J |
| CHRISTIE QUICK, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Petitioner, a state prisoner appearing pro se, has filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. On April 19, 2023, Judge Green issued a Report and Recommendation recommending the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 be dismissed in its entirety. [Doc. No. 6]. Petitioner was advised of his right to object to the Report and Recommendation by May 10, 2023. Petitioner has filed no objection and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 6] and DISMISSES Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. A certificate of appealability is DENIED, as the Court concludes Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 25th day of May, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE